# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**TOMIKO ROBINSON** | **CRIMINAL ACTION**<br><br>**NO. 10-517-KSM-1** |

## ORDER

**AND NOW**, this 24th day of September, 2021, upon consideration of Defendant's *Pro Se* Motion for a Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) & Amendment 782 to the U.S. Sentencing Guidelines (Doc. No. 30) and the Government's Response in opposition thereto (Doc. No. 34), it is **ORDERED** that Defendant's Motion is **DENIED** for the reasons set forth in the Government's Response.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.